

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00549-CV

Meredith **DE LA PENA**,
Appellant

v.

Ruben **DE LA PENA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-24731
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: November 2, 2022

DISMISSED FOR LACK OF JURISDICTION

Sensing a defect in our jurisdiction because of an untimely notice of appeal, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. Appellant's response provided us with no legal basis for why we would possess jurisdiction.

The trial court signed a final judgment on May 3, 2022. Appellant filed a timely motion for new trial on May 5, 2022. Therefore, the notice of appeal was due to be filed August 1, 2022. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due

on August 16, 2022, but none was filed by that date. *See* TEX. R. APP. P. 26.3. Instead, appellant filed a notice of appeal on August 26, 2022.[1]

A notice of appeal filed more than fifteen days after August 1, 2022, did not invoke this court's appellate jurisdiction. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex.1997); *see also* TEX. R. APP. P. 26.3. Therefore, we dismiss the appeal for lack of jurisdiction.[2] *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

---

[1] The trial court signed a Final Decree of Divorce on May 3, 2022. Appellant's notice of appeal states she desires to appeal "the judgment or other appealable order rendered on May 24, 2022." The clerk's record does not contain a May 24th judgment or order.
[2] Appellant's motion for mediation and abatement is dismissed as moot.